UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS C.,[1] | Case No. 2:24-cv-10271-VBF-SSC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued on May 1, 2018.

1     Pursuant to the Order Accepting Findings, Conclusions, and
2 Recommendations of United States Magistrate Judge, IT IS
3 ADJUDGED that the decision of the Commissioner is affirmed.
4
5 DATED:    September 30, 2025        /s/ Valerie Baker Fairbank

                              HONORABLE VALERIE BAKER FAIRBANK
                                   UNITED STATES DISTRICT JUDGE